**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

Submitted September 28, 2005[*]
Decided September 28, 2005

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

No. 05-2344

| | |
|---|---|
| LARRY STOCKS, | Appeal from the United States |
| *Petitioner-Appellant*, | District Court for the Western District |
| | of Wisconsin |
| v. | |
| | No. 05-C-136-C |
| JOSEPH SCIBANA, | |
| *Respondent-Appellee.* | Barbara B. Crabb, |
| | *Chief Judge.* |

**ORDER**

We AFFIRM the judgment for substantially the reasons stated by the district court in its thorough orders of April 6, 2005 and April 25, 2005.

---

[*]Appellee Joseph Scibana notified this court that he was never served with process in the district court and would not be filing a brief or otherwise participating in this appeal.  After an examination of the appellant's brief and the record, we have concluded that oral argument is unnecessary. Thus the appeal is submitted on the appellant's brief and the record. *See* Fed. R. App. P. 34(a)(2).